UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Salvador Larrieux-Ruiz

        v.                                    Case No. 23-cv-184-SM

FCI Berlin, Warden



                              ORDER

    No objection having been filed, I herewith approve the Endorsed
Report and Recommendation of Magistrate Judge Andrea K. Johnstone
dated June 12, 2023, for the reasons set forth therein. "'[O]nly those
issues fairly raised by the objections to the magistrate's report are
subject to review in the district court and those not preserved by
such objection are precluded on appeal.'"   School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting
Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st
Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6
(1st Cir. 1986) (after proper notice, failure to file a specific
objection to magistrate's report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.



                                        _____
                                        Steven J. McAuliffe
                                        United States District Judge

Date: July 10, 2023

cc:  Salvador Larrieux-Ruiz, pro se
     Robert J. Rabuck, AUSA